Walter C. Warrington and Bernice I. Warrington, his wife, Appellants, v. Norman Ruff, Appellee.

No. 2.

An Appeal from Decrees of the Circuit Court within and for the County of Duval.

Appeal dismissed on motion of counsel for appellants, at costs of appellants.

*Carl Noble,* for Appellants;

*Maynard Ramsey,* for Appellee.

---

F. N. Andrews, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Bradford.

Dismissed on motion of counsel for plaintiff in error, at costs of County of Bradford.

*Floyd Green,* for Plaintiff in Error;

*T. F. West,* Attorney General, for the State.